Anina RASTEN, Plaintiff, Appellant,

v.

TOWN OF BROOKLINE, et al., Defendants, Appellees.

Nos. 00–2480, 01–1218.

United States Court of Appeals, First Circuit.

Dec. 4, 2001.

Anina Rasten on brief, pro se.

George F. Driscoll, Jr., Office of Town Counsel, on brief, for appellees.

Before BOUDIN, Chief Judge, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

After due consideration of record and briefs on appeal, we affirm for substantially the reasons given by the district court.

*Affirmed.* Loc. R. 27(c).